# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEBRA CONGO,**  Plaintiff, | **CIVIL ACTION** |
| v. | |
| **AMERICAN AIRLINES GROUP INC., RICHARD MORGAN**, Stock Clerk Supervisor, Individually and in his official capacity as an employee for American Airlines Group Inc., **BRANDON BUCHANAN**, Supervisor, Individually and in his official capacity as an employee for American Airlines Group Inc., and **JOHN DOES 1-10**,  Defendants. | **NO. 20-2322** |

## O R D E R

**AND NOW**, this 7th day of October, 2020, upon consideration of Defendants' Motion to Partially Dismiss Plaintiff's Amended Complaint (Document No. 9, filed September 9, 2020), and Plaintiff's Response in Opposition to Defendants' Partial Motion to Dismiss (Document No. 11, filed September 23, 2020), following a Preliminary Pretrial Conference on October 5, 2020, at which conference the Court addressed the issues presented in the Motion, the Court noting that, in her Response to the Motion, plaintiff withdrew her retaliation claims against all defendants, and that the only remaining argument in the Motion to Dismiss is that made by defendant Morgan for failure to state a claim against him for discrimination and hostile work environment, for the reasons stated during the Preliminary Pretrial Conference, all of which are incorporated herein by reference, **IT IS ORDERED** as follows:

2

1. That part of the Amended Complaint in which plaintiff, Debra Congo, asserted retaliation claims against defendants, American Airlines Group Inc., Richard Morgan and Brandon Buchanan, are **MARKED WITHDRAWN**; and,

2. The only remaining issue presented in the Motion to Dismiss is defendant Richard Morgan's argument that the Amended Complaint fails to state a claim against him for discrimination and hostile work environment. The Motion is **DENIED**. The Court concludes that the allegations of, *inter alia*, ¶¶17, 18, 21, 23, 24 and 25 of the Amended Complaint adequately allege claims of discrimination by defendant Richard Morgan and his participation in creating a hostile work environment.

**BY THE COURT:**

/s/ Hon. Jan E. DuBois

DuBOIS, JAN E., J.