IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBRA CONGO,<br>        **Plaintiff,**<br><br>     v.<br><br>**AMERICAN AIRLINES GROUP INC.,**<br>**RICHARD MORGAN, Stock Clerk**<br>**Supervisor, Individually and in his official**<br>**capacity as an employee for American**<br>**Airlines Group Inc.,**<br>**BRANDON BUCHANAN, Supervisor,**<br>**Individually and in his official capacity as**<br>**an employee for American Airlines Group**<br>**Inc., and**<br>**JOHN DOES 1-10,**<br>        **Defendants.** | CIVIL ACTION<br><br><br><br>NO.  20-2322 |

**O R D E R**

**AND NOW**, this 3rd day of June, 2021, upon consideration of Plaintiff's Second Motion

to Hold Witness, Kenneth Koons, in Contempt (Document No. 30, filed May 7, 2021), witness

Kenneth Koons not having responded after being duly served with a copy of the Motion, **IT IS**

**ORDERED** that Plaintiff's Second Motion to Hold Witness, Kenneth Koons, in Contempt is

**GRANTED IN PART** and **DENIED IN PART** as follows:

1.      That part of the Motion seeking an Order requiring witness Kenneth Koons to

appear for a deposition within fourteen days is **GRANTED**.  Witness Kenneth Koons shall

appear for a deposition within fourteen days.

2

      2.      That part of the Motion seeking to hold witness Kenneth Koons in contempt of Court is **DENIED**.

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

_____

    **DuBOIS, JAN E., J.**
